pellant's cross-appeal, which that court did not address.

Justices BAER and McCAFFERY join this opinion.

**Raymond J. SMOLSKY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 18, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of June, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**